

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2014

No. 04-13-00898-CV

**BEXAR METROPOLITAN WATER DISTRICT** n/k/a The San Antonio Water System,
Appellant

v.

Beatriz **SMITH,**
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 383935
Honorable Irene Rios, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before February 14, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court